DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar # 83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3933
Facsimile:       (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
MITCH KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE CHOI<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public entity; UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, a California Public Entity; CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MIRIAM MARTINEZ, an individual; ROBERT OKIN, an individual; MITCH KATZ, individually and in his official capacity as Director of the Department of Public Health of the City and County of San Francisco; and DOES ONE through FIFTY, inclusive,<br><br>　　　　　Defendants. | Case No. C05-01448CRB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING TIME FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND DR. MITCH KATZ TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>FRCP 12(a)(1)(A); Civ. L.R. 6-1 |

1   WHEREAS, the Court directed Plaintiff Beatrice Choi ("Plaintiff"), the City and County of
2   San Francisco and Dr. Mitch Katz (collectively "the City Defendants") to meet and confer in an effort
3   to resolve the propriety of Plaintiff's claims against the City Defendants in conjunction with filing
4   Plaintiff's Second Amended Complaint;

5   WHEREAS the parties have been unable to resolve the propriety of Plaintiff's claims against
6   the City Defendants pending further factual and legal investigation;

7   WHEREAS, Plaintiff filed her Second Amended Complaint on June 22, 2005, making the
8   City Defendants' response to the complaint due July 12;

9   WHEREAS Plaintiff's attorney Stephen Henry is out of the country and unavailable to meet
10  and confer until July 5; and

11  WHEREAS the parties contemplate that they may be able to resolve factual and legal issues
12  bearing on Plaintiff's claims against the City Defendants in continued meet and confer efforts during
13  the month of July, following Mr. Henry's return from vacation;

14  THEREFORE, Plaintiff and the City Defendants stipulate that the City Defendants' time to
15  respond to Plaintiff's Second Amended Compliant shall be extended until July 29, 2005.

Dated:  June 29, 2005
                                DENNIS J. HERRERA
                                City Attorney
                                ELIZABETH S. SALVESON
                                Chief Labor Attorney
                                LAWRENCE HECIMOVICH
                                Deputy City Attorney


                            By:  s/Lawrence Hecimovich
                                LAWRENCE HECIMOVICH
                                Attorneys for Defendants
                                CITY AND COUNTY OF SAN FRANCISCO and
                                MITCH KATZ

Dated:
                                MOSLEY & GEARINGER, LLP


                            By:  s/Brian Gearinger
                                BRIAN GEARINGER
                                Attorneys for Plaintiff
                                BEATRICE CHOI

**ORDER**

GOOD CAUSE APPEARING, the time for Defendants City and County of San Francisco and Dr. Mitch Katz shall be continued to July 29, 2005.

Dated: June 30, 2005

By:_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

