```
 1  MICHAEL T. LUCEY (SBN 099927)
    MICHAEL A. LAURENSON (SBN 190023)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  (415) 986-5900
    (415) 986-8054
 5
    Attorneys For Defendants
 6  THE REGENTS OF THE UNIVERSITY
    OF CALIFORNIA, ROBERT OKIN and
 7  MIRIAM MARTINEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE CHOI,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA, *et al.*<br><br>Defendants. | CASE NO. 05-CV-01448-CRB<br><br>**STIPULATED DISMISSAL & ORDER CONCERNING CITY AND COUNTY OF SAN FRANCISCO DEFENDANTS** |

WHEREAS plaintiff has named as defendants THE CITY AND COUNTY OF SAN FRANCISCO and its employee MITCH KATZ (the "CITY AND COUNTY DEFENDANTS"); and,

WHEREAS the asserted basis for liability of the CITY AND COUNTY DEFENDANTS is their role, if any, in the termination of plaintiff's employment with defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and,

WHEREAS the CITY AND COUNTY DEFENDANTS and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA agree that the CITY AND COUNTY DEFENDANTS bear no responsibility for the termination of plaintiff's employment with defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that:

1. Plaintiff's claims against the CITY AND COUNTY DEFENDANTS be and hereby are dismissed without prejudice;

2. In spite of their dismissal without prejudice, the CITY AND COUNTY DEFENDANTS shall nevertheless provide initial disclosures pursuant to Rule 26, and shall respond to any subpoena(s) for documents and/or deposition testimony served upon them by plaintiff (the San Francisco City Attorney shall accept service of any such subpoenas);

3. The REGENTS shall not contend, directly or implicitly, that the CITY AND COUNTY DEFENDANTS are responsible in any manner whatsoever, including comparative fault, for any damages arising out of the termination of plaintiff's employment as alleged in the Second Amended Complaint on file in this action.

Dated: July 25, 2005

MOSLEY & GEARINGER, LLP

By: _____
Attorneys for Plaintiff

Dated: July 18, 2005

GORDON & REES, LLP

By: _____
MICHAEL A. LAURENSON
Attorneys for Defendant
MIRIAM MARTINEZ

Dated: July 26, 2005                SAN FRANCISCO CITY ATTORNEY

By: _____
LARRY HECIMOVICH
Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCICO
and MITCH KATZ

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that plaintiff's claims against the CITY AND COUNTY DEFENDANT be and hereby are dismissed without prejudice.

Dated: ~~July~~ August 01, 2005

_____
United States District Judge



Judge Charles R. Breyer