1  MICHAEL T. LUCEY (SBN 099927)
   MICHAEL A. LAURENSON (SBN 190023)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  (415) 986-5900
   (415) 986-8054
5
   Attorneys For Defendants
6  THE REGENTS OF THE UNIVERSITY
   OF CALIFORNIA, ROBERT OKIN and
7  MIRIAM MARTINEZ

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 BEATRICE CHOI,                    )  CASE NO. 05-CV-01448-CRB
                                     )
11              Plaintiff,           )  **STIPULATION & [PROPOSED]**
                                     )  **ORDER CONTINUING TRIAL DATE**
12        vs.                        )
                                     )
13 BOARD OF REGENTS OF THE           )  Complaint Filed:  January 14, 2005
   UNIVERSITY OF CALIFORNIA, et al.  )  Removed:  April 8, 2005
14                                   )  Answer Filed:  July 8, 2005
                Defendants.          )  Current Trial Date:  March 20, 2005
15 _____ )

16

17         WHEREAS counsel for defendants THE REGENTS OF THE UNIVERSITY OF

18 CALIFORNIA, ROBERT OKIN and MIRIAM MARTINEZ ("defendants") and counsel for

19 plaintiff BEATRICE CHOI ("plaintiff") have met and conferred about the status of and plan for

20 discovery and the trial calendar in this case; and,

21         WHEREAS defendants intend to file a motion for summary judgment; and,

22         WHEREAS plaintiff wishes to complete additional discovery in order to oppose that

23 motion, some of which will involve persons presently on leave of absence from the University

24 and some of which will require the cooperation of the City and County of San Francisco, which

25 is no longer a party to this case; and,

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

<div style="text-align: left; writing-mode: vertical-rl">
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
</div>

1      WHEREAS the parties believe that insufficient time remains under the current trial

2 calendar to complete that discovery and file and oppose the motion and prepare for trial should it

3 be denied and therefore believe that good cause exists to continue the present trial date; and,

4      WHEREAS the length of trial continuance sought by the parties will still bring the matter

5 to trial within one year from when it was at issue;

6      THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their

7 attorneys, that, the present trial date of March 20, 2006 be vacated and a new trial date set of

8 June 19, 2006.

9 Dated: January ___, 2006

10 _____ _See Attached_

11 STEPHEN HENRY
Attorney for Plaintiff

12 Dated: January _19_, 2006      GORDON & REES, LLP

13

14 By: _____
MICHAEL A. LAURENSON

15 Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY

16 OF CALIFORNIA, ROBERT OKIN and
MIRIAM MARTINEZ

17

18      Good cause appearing therefore based on the above stipulation of the parties, IT IS

19 HEREBY ORDERED that the current trial date is vacated and trial is set for June 19, 2006.

20 Pre-Trial Conference is set for June 13, 2006 at 2:30 p.m.

21 Dated: January _20_, 2006      _____

22      United States District Court Judge

23

24

25

26

27

28



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UCR\1032780\947076.1