MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORIA, ROBERT OKIN and
MIRIAM MARTINEZ

MARK L. MOSLEY (SBN: 136449)
BRIAN GEARINGER (SBN: 146125)
MOSLEY & GEARINGER LLP
825 Van Ness Avenue, Fourth Floor
San Francisco, CA 94109-7837
Telephone: (415) 440-3102
Facsimile: (415) 440-3103

STEPHEN F. HENRY (SBN: 142336)
2625 Alcatraz Avenue, No. 615
Berkeley, California 94705
(510) 898-1883
(510) 295-2516

Attorneys for Plaintiff
BEATRICE CHOI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE CHOI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA, *et al.*<br><br>　　　　　Defendants. | CASE NO. 05-CV-01448-CRB<br><br>**STIPULATED DISMISSAL OF ACTION**<br><br>Complaint Filed: January 14, 2005<br>Removed: April 8, 2005<br>Current Trial Date: June 19, 2006 |

　　　　IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, through their counsel of record, that the above-captioned action be dismissed with prejudice pursuant to

1  Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Settlement Agreement and Release
2  of All Claims, the terms of which are incorporated herein by reference.
3     IT IS SO STIPULATED.
4  Dated: April 24, 2006                             GORDON & REES, LLP

6                                                   By: _____
                                                        MICHAEL A. LAURENSON
7                                                   Attorneys for Defendants
                                                    THE REGENTS OF THE UNIVERSITY
8                                                   OF CALIFORIA, ROBERT OKIN and
                                                    MIRIAM MARTINEZ

11 Dated: April ___, 2006                           _____
12                                                  STEPHEN F. HENRY
                                                    Attorneys for Plaintiff
13                                                  BEATRICE CHOI

14    IT IS SO ORDERED.

15 DATED: _April 25, 2006___
                                                    _____
16                                                  UNITED STATES JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

1 | Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Settlement Agreement and Release
2 | of All Claims, the terms of which are incorporated herein by reference.
3 |     IT IS SO STIPULATED.
4 | Dated: April ___, 2006                          GORDON & REES, LLP

By:_____
MICHAEL A. LAURENSON
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORIA, ROBERT OKIN and
MIRIAM MARTINEZ

Dated: April /2, 2006

_____
STEPHEN F. HENRY
Attorneys for Plaintiff
BEATRICE CHOI

    IT IS SO ORDERED.

DATED: _____          _____
                                UNITED STATES DISTRICT JUDGE

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

UCR\1032780\986562.1